IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BARRY H.,
     Plaintiff,

v.
                                                    Civil No. 3:24cv697 (DJN)

FRANK BISIGNANO,
Commissioner of the
Social Security Administration,
     Defendant.

**FINAL ORDER**
**(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on October 1, 2025, (ECF No. 19), which recommended that Defendant's Motion for Summary Judgment (ECF No. 12) be granted, Defendant's Motion to Dismiss (ECF No. 11) be denied, and Plaintiff's claims be dismissed without prejudice. The time to file objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Defendant's Motion for Summary Judgment (ECF No. 12) is hereby GRANTED;

3. Defendant's Motion to Dismiss (ECF No. 11) is hereby DENIED;

4. Plaintiff's Complaint (ECF No. 3) is hereby DISMISSED WITHOUT PREJUDICE; and

5. This case is now CLOSED.

Should Plaintiff desire to appeal, a written notice of appeal must be filed with the Clerk of Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

Let the Clerk file this Final Order electronically, notify all counsel of record and mail a copy to Plaintiff.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 17, 2026

2